389 A.2d 178

Commonwealth v. Shannon, Appellant.

Submitted March 14, 1977. Edward Shannon, appellant, *in propria persona*; Marion E. MacIntyre, Second Assistant District Attorney, and LeRoy S. Zimmerman, District Attorney, for Commonwealth, appellee.

Judgments of sentence affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.